of Claims denied. *Messrs. Paul M. Niebell, W. W. Pryor* and *C. Maurice Weidemeyer* for petitioner. *Acting Solicitor General Cox, Messrs. J. Edward Williams, Roger P. Marquis, John C. Harrington* and *Walter J. Cummings, Jr.* for the United States.

No. 102. GRACE, TRADING AS R. J. & M. C. GRACE, *v.* MAGRUDER, COLLECTOR OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Lowry N. Coe* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Chester T. Lane* for respondent.

No. 104. ECHO BAY WATERFRONT CORP. *v.* NEW ROCHELLE. October 8, 1945. Petition for writ of certiorari to the County Court of Westchester County, New York, denied. *Mr. Albert Ritchie* for petitioner. *Mr. Charles S. Rhyne* for respondent.

No. 105. NORO ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. C. Pierce* for petitioners. *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 106. LANE *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. C. Pierce* for petitioner. *Acting Solicitor General Cox, Messrs. James*

*M. McInerney, Robert S. Erdahl, Leon Ulman* and *Miss Rosalie Moynahan* for the United States.

No. 108. EDISON *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. David Baron* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Miss Melva M. Graney* for respondent.

No. 109. VIRZERA *v.* UNITED STATES; and

No. 110. VIRZERA *v.* UNITED STATES. October 8, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Julien Cornell* for petitioners. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 149 F. 2d 188.

No. 113. ENOCH PRATT FREE LIBRARY ET AL. *v.* KERR ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harry N. Baetjer* and *John Henry Lewin* for petitioners. *Mr. Charles H. Houston* for respondents.

No. 117. JENKINS *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J. Bouhan* for petitioner. *Acting Solicitor General Cox, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.